IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HIRAM J. TORRES | , | ) |
| | Plaintiff(s) | ) |
| v. | | ) |
| | | ) |
| | | ) |
| UNITED STATES | , | ) |
| | Defendant(s) | ) |
| | | ) |
| | | ) |

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
F.R.C.P. 41(a)(1)(A)(i)**

Case No.:   16 Civ. 4896(SHS)
10 Cr. 684(SHS)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __HIRAM J. TORRES__  and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) __UNITED STATES__.

Date:  March 15, 2022
New York, New York

*Colleen P. Cassidy*

*Signature of plaintiffs or plaintiff's counsel*

Colleen P. Cassiy, Esq.
Federal Defenders of NY, Inc.

*Address*

52 Duane Street, 10th Floor
New York NY 10007

*City, State & Zip Code*

(212) 417-8742

*Telephone Number*

**Dated: New York, New York
March 15, 2022**

**SO ORDERED:**

_____
**Sidney H. Stein, U.S.D.J.**